In the Matter of DOUGLAS B. WORTH, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted September 13, 2010; decided November 18, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.